61397, 61398. HUDGINS v. THE STATE (two cases).

DEEN, Presiding Judge.
The pro se appeals in these cases are rendered moot by this court's decision in *Hudgins v. Skinner,* 156 Ga. App. 873 (1981). *Appeal dismissed. Banke and Carley, JJ., concur.*

DECIDED JANUARY 29, 1981.

Randy E. Hudgins, *pro se.*
*William F. Lee, Jr., District Attorney,* for appellee.